*Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.*

MAY 27, 20 09

BRUCE RIFKIN, Clerk

By _____ Deputy

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW STEVEN GRAY,<br><br>Defendant. | CR09 0170 JCC<br><br>INDICTMENT<br><br>09-CR-00170-INDI |

The Grand Jury charges that:

### COUNT 1

### (Felon in Possession of a Firearm)

On or about May 4, 2009, in Monroe, within the Western District of Washington, and elsewhere, ANDREW STEVEN GRAY, having previously been convicted in the State of Washington of a crime punishable by imprisonment for a term exceeding one year, to wit, Violation of the Controlled Substances Act, in the Superior Court of Washington for King County, cause number 99-1-02263-3 SEA, on or about April 23, 2004, did knowingly possess, in and affecting interstate commerce, a Glock Model 19, 9mm semi-automatic pistol, serial number GXN531, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

INDICTMENT/GRAY - 1

## COUNT 2
### (Possession of a Machinegun)

On or about May 4, 2009, in Monroe, within the Western District of Washington, and elsewhere, ANDREW STEVEN GRAY did knowingly possess, and did aid and abet the possession of, a machinegun, to wit, a Bushmaster XM-15-E2S .223 caliber fully-automatic machinegun, serial number L039664.

All in violation of Title 18, United States Code, Sections 922(o)(1) and 924(a)(2), and Title 18, United States Code, Section 2.

## COUNT 3
### (Possession of an Unregistered Silencer)

On or about May 4, 2009, in Monroe, within the Western District of Washington, and elsewhere, ANDREW STEVEN GRAY knowingly possessed a firearm silencer not registered to him in the National Firearms Registration and Transfer Record.

All in violation of Title 26, United States Code, Sections 5841, 5845, 5861(d), and 5871.

## COUNT 4
### (Possession of Marijuana with Intent to Distribute)

On or about May 4, 2009, in Snohomish, within the Western District of Washington, and elsewhere, ANDREW STEVEN GRAY knowingly and intentionally possessed, and aided and abetted the possession of, with intent to distribute, marijuana, a controlled substance.

It is further alleged that the offense involved one hundred (100) or more marijuana plants.

All in violation of Title 21, United States Code, Sections 841(a)(1) and

//
//
//

INDICTMENT/GRAY - 2

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970

1  841(b)(1)(B), and Title 18, United States Code, Section 2.

2

3                                              A TRUE BILL:

4                                              DATED: May 27 2009
                                               Signature of Foreperson redacted pursuant
5                                              to the policy of the Judicial Conference of the
                                               United States.
6
                                               _____
7                                              FOREPERSON

8

9  _____

10 JEFFREY C. SULLIVAN
   United States Attorney
11

12 _____
   TODD GREENBERG
13 Assistant United States Attorney

14

15 _____
   MICHAEL DION
16 Assistant United States Attorney

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT/GRAY - 3