Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR09-170JCC |
|---|---|
| Plaintiff, | |
| | RESPONSE TO MOTION FOR RETURN OF PROPERTY |
| v. | |
| ANDREW GRAY, | |
| Defendant. | |

The United States of America, by and through Annette L. Hayes, Acting United States Attorney for the Western District of Washington, and Michael Dion, Assistant United States Attorney, files this response to the Motion for Return of Property filed by Steven Gray, Debra Gray, and Melvin Gray (docket no. 67). The Federal Bureau of Investigation ("FBI") has agreed to return the property that is the subject of this motion to the claimants. An FBI agent will arrange the return of the property with counsel for the claimants.

The Government and counsel for the claimants agree that, once all property has been returned, the claimants' Motion should be denied as moot. Accordingly, the parties ask that the Court take no action on the Motion at this time. Once the property has been returned, the parties will contact the Court and request that the Motion be denied as moot.

US v. GRAY, CR09-170JCC
RESPONSE TO MOTION FOR RETURN OF PROPERTY - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | DATED this 7th day of October, 2014. |

                                      Respectfully submitted,

                                      ANNETTE L. HAYES
                                      Acting United States Attorney

                                      *s/Michael Dion*
                                      MICHAEL DION
                                      Assistant United States Attorney
                                      United States Attorney's Office
                                      700 Stewart Street, Suite 5220
                                      Seattle, Washington 98101-1271
                                      Telephone: (206) 553-7970
                                      Fax:            (206) 553-0755
                                      Email: Michael.Dion@usdoj.gov

US v. GRAY, CR09-170JCC
RESPONSE TO MOTION FOR RETURN OF PROPERTY - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Rebekah Smith*
REBEKAH SMITH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-0755
E-mail: Rebekah.Smith@usdoj.gov

US v. GRAY, CR09-170JCC
RESPONSE TO MOTION FOR RETURN OF PROPERTY - 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970