THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ANDREW STEVEN GRAY, | ) | No. CR09-170-JCC |
| Petitioner, | ) | |
| v. | ) | (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION FOR AMENDED JUDGMENT |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

This matter has come before the Court on the unopposed motion to file an amended judgment in this case (Dkt. No. 88). The Court has considered the motion and the records herein.

IT IS NOW ORDERED that the unopposed motion to file an amended judgment is GRANTED, and the proposed amended judgment will be entered.

DATED this 25th day of January 2024.

*[signature: John C. Coughenour]*

John C. Coughenour
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Ann K. Wagner*
Assistant Federal Public Defender
Attorney for Andrew Gray

ORDER GRANTING UNOPPOSED MOTION
FOR AMENDED JUDGMENT
(*Gray v. United States*, No. CR09-170-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100