The Honorable John C. Coughenour

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. CR09-0170 JCC |
|---|---|
| Plaintiff, | |
| v. | [PROPOSED] ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE RESPONSE |
| ANDREW STEVEN GRAY, | |
| Defendant. | |

The Court, having reviewed the Motion of the United States to the time to file a response to the defendant's motion for coram nobis petition hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for Coram Nobis Petition on or before August 22, 2025, and the motion should be noted for that date, unless the parties reach a different agreement regarding briefing.

DATED this 29th day of July 2025.

*/s/ John C. Coughenour*

JOHN C. COUGHENOUR
United States District Court Judge

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE - 1
*United States v. Gray,* CR09-0170 JCC
USAO No. 2025v00806

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970